UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 99 CR 850 |
| v. | ) | |
| | ) | |
| THOMAS ANDERSON, | ) | Judge Bucklo |
| | ) | |
| | ) | |
| Defendant | ) | |

## RELEASE OF JUDGMENT LIEN

Judgment was entered against the defendant, in the above-entitled cause in the United States

District Court, for the Northern District of Illinois  under case number 99 CR 850.  The judgment

in the amount of $62,627.58  has been vacated by court order.  The Clerk of the United States

District Court is hereby authorized and empowered to release said judgment of record. The lien

recorded at the Cook  County Recorder's Office as document number 00730233, on September 9,

2000  is hereby released.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Melissa A. Childs
  MELISSA A. CHILDS
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois  60604
  (312) 353-5331
  melissa.childs@usdoj.gov

March 2001

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed out within five business days of this release being filed, to the following non-ECF filers:

Thomas Anderson
216 Clinton Avenue
Oak Park, IL 60302

Stephen I. Baer
Baer, Romain, LLP
1288  Valley Forge Road, Suite 63
Valley Forge, Pa. 19482-0952

By: s/ Melissa A. Childs
MELISSA A. CHILDS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-5331
melissa.childs@usdoj.gov

March 2001